MARGARET MOSBACH, as Administratrix of the Estate of LOUIS J. MOSBACH, Deceased, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.

*Mosbach* v. *Union Railway Co.*, 129 App. Div. 543, affirmed.
(Argued January 19, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1909, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*Bayard H. Ames, Walter Henry Wood* and *James L. Quackenbush* for appellant.

*James G. Graham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.